# APPEAL NO. 24-5004

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

Simon Ateba,

*Plaintiff-Appellant,*

v.

Karine Jean-Pierre, *et al., Defendants-Appellees.*

On Appeal from the United States District Court
for the District of Columbia

Case No. 1:23-cv-02321-JDB **/** Hon. John D. Bates

## NOTICE TO WITHDRAW
## FOR PLAINTIFF -APPELLANT SIMON ATEBA

Harmeet K. Dhillon of Dhillon Law Group, 177 Post Street, Suite 700, San Francisco, CA, 94108, hereby moves to withdraw as attorney of record for Plaintiff-Appellant Simon Ateba. Plaintiff-Appellant Simon Ateba will continue to be represented in this matter by Jesse Franklin-Murdock of the same law firm, Josh Dixon and Eric Sell of Center for American Liberty.

Dated: February 6, 2025                    Respectfully submitted,

/s/ Harmeet K. Dhillon
Harmeet K. Dhillon
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
jfm@dhillonlaw.com
(415) 433-1700

/s/ Jesse Franklin-Murdock
Jesse Franklin-Murdock
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
jfm@dhillonlaw.com
(415) 433-1700

/s/ Josh Dixon
Josh Dixon
Center for American Liberty
1311 S. Main Street, Suite 207
Mount Airy, MD 21771
(703) 687-6212
jdixon@libertycenter.org

/s/ Eric Sell
Eric Sell
Center for American Liberty
1311 S. Main Street, Suite 207
Mount Airy, MD 21771
(703) 687-6212
esell@libertycenter.org