No. 24-5004 September Term, 2024
FILED ON: APRIL 8, 2025

SIMON ATEBA,
        APPELLANT

v.

KAROLINE C. LEAVITT, IN HER OFFICIAL CAPACITY AS PRESS SECRETARY TO THE PRESIDENT OF THE UNITED STATES, ET AL.,
        APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:23-cv-02321)

Before: WILKINS and PAN, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

**J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:    /s/

        Michael C. McGrail
        Deputy Clerk

Date: April 8, 2025

Opinion for the court filed by Circuit Judge Pan.