# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5004**                    **September Term, 2024**

**1:23-cv-02321-JDB**

**Filed On:** June 9, 2025

Simon Ateba,

      Appellant

     v.

Karoline C. Leavitt, in her official capacity as
Press Secretary to the President of the United
States, et al.,

      Appellees


**BEFORE:**   Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Rogers, Senior Circuit Judge

### O R D E R

   Upon consideration of appellant's motion to supplement the record, the opposition thereto, the petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

   **ORDERED** that the motion be denied.  It is

   **FURTHER ORDERED** that the petition be denied.

### Per Curiam

              **FOR THE COURT:**
              Clifton B. Cislak, Clerk

      BY:    /s/
              Daniel J. Reidy
              Deputy Clerk